# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| EDGEFIELD HOLDINGS, LLC, | ) |
| *Plaintiff*, | ) ) ) Civil Action No. |
| v. | ) ) |
| W.K. BRENT BROADERIP, | ) ) |
| *Defendant(s)* | |

## JUDGMENT CREDITOR'S AFFIDAVIT

STATE OF GEORGIA)

COUNTY OF FULTON)

Before me, the undersigned authority, personally appeared Mark King who upon first being duly sworn, deposes and says that:

1.  I am over the age of eighteen (18), am of sound mind, am capable of giving an oath, and am fully authorized to swear to the statements contained in this affidavit. I make this affidavit based upon my personal knowledge.

2.  The last known addresses of the Judgment Debtor are: WK Brent Broaderip – Mailing Address: P.O. Box 6065, Miramar Beach, FL 32550 / Physical Address: 4260 Beachside Two 260, Miramar Beach, FL 32550 or 8924 E. Pinnacle Peak Road, Ste. 5, Scottsdale, AZ 85255.

3.  Florida Counsel for Judgment Creditor Edgefield Holdings, LLC is Shutts & Bowen LLP, whose address is 200 South Biscayne Blvd., Ste. 4100, Miami, FL 33133.

4.  The address for Judgment Creditor Edgefield Holdings, LLC is 221 16th St. N.W., #2, Atlanta, GA 30363.

5.   On November 14, 2011, the United Stated District Court, for the Southern District of Alabama, Southern Division, Civil Action No.:10-00289-KD-C, entered a Judgment in favor of Branch Banking and Trust Company n/k/a Truist Bank and against Defendant W.K. Brent Broaderip for $2,257,918.70.

6.   The Judgment was not obtained by confession of judgment or default, the total amount of the Judgment is unsatisfied with the full amount of the Judgment remaining unpaid as of this date, and that its enforcement has not been stayed.

7.   Truist Bank f/k/a Branch Banking and Trust Company assigned all of its rights and interest in the Judgment to Edgefield Holdings, LLC via an Assignment of Judgment. A true and correct copy of the Assignment of Judgment from Truist Bank f/k/ Branch Banking and Trust Company to Edgefield Holdings, LLC is attached hereto as **Exhibit A.**

_____
MARK KING

The foregoing instrument was sworn to and subscribed before me by means of ☐ physical presence or ☑ online notarization, this 14th day of October, 2020 by Mark King, President of Edgefield Holdings, LLC, a Delaware limited liability company, on behalf of the company, who is ☑ personally known to me or ☐ has produced _____ as identification.

_Lois Randall_
(Signature of person taking acknowledgment)

LOIS RANDALL
(Name typed, printed or stamped)

_____
(Title or rank)

_____
(Serial number, if any)

# EXHIBIT A

## ASSIGNMENT OF JUDGMENTS AND LOAN DOCUMENTS

Truist Bank, formerly known as Branch Banking and Trust Company, a North Carolina corporation ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to Edgefield Holdings, LLC, a Delaware limited liability company ("Assignee"), all of Assignor's right, title and interest in and to (a) the judgments described on Exhibit A attached hereto (collectively, the "Judgments") and all related documents and rights Assignor has in the Judgments, as the same may have been assigned, amended, supplemented, restated or modified and (b) the Loan Documents (as defined in the Purchase Agreement (as defined below)), as the same may have been assigned, amended, supplemented, restated or modified.

**TO HAVE AND TO HOLD** the same unto Assignee and its successors and assigns forever.

It is the intention of the parties herein that by virtue of this Assignment, Assignee will become the owner of the Judgments and all of Assignor's rights, title and interest incident thereto.

This Assignment is made without recourse or representation or warranty, express, implied or by operation of law, of any kind and nature whatsoever.

Dated effective as of the 6th day of October, 2020.

Truist Bank, formerly known as Branch Banking and Trust Company

By: *Brenda Hood*
Name: Brenda Hood
Its: Senior Vice President

STATE OF Georgia     )
                     ) ss:
COUNTY OF Fulton     )

Before me, *Rebecca J Kurstedt* in and for said County and State, on this 6th day of October, 2020, personally appeared Brenda Hood, to me known to be the identical person who subscribed the name of the Assignor to the foregoing instrument as its Senior Vice President and acknowledged before me that he executed the same as his free and voluntary act and deed, and as the free and voluntary act and deed of Truist Bank, for the uses and purposes therein set forth.

[seal]
REBECCA J KURSTEDT
NOTARY PUBLIC
Gwinnett County
State of Georgia
My Comm. Expires August 27, 2023

*Rebecca Kurstedt*
Notary Public

## Exhibit A to Assignment of Judgments and Loan Documents

|  | Account Number | NAME On Judgment | JudgmtDt | County | State | Case Number |
|---|---|---|---|---|---|---|
| 1. | 96415033520001 | B & D Land & Property Co., LLC, Jimmy R. Bennett A/K/A Jim Bennett, R. Carlton Dean, Jr., Wilson Dean, WW-Bricks, LLC, Lexinston Woods Condominiums Association, Inc., and Prime Meridian Bank | 01/06/16 | Leon | FL | 2012-CA-0949 |
| 2. | 95114405450002 | Brenda and Gene Lummus, Inc. and Brenda Faircloth Lummus | 04/08/13 | Forsyth | NC | 12 CVS 5563 |
| 3. | 95412082480010 | Connie D. Mayhew and Ronald F. Mayhew | 06/28/11 | Gwinneth | GA | 10-A-04158-4 |
| 4. | 9660936138001c | Edward C. Tietig | 05/03/19 | Rio Grande | CO | 19CV-030008 |
|  | 96609361380001 | Edward C. Tietig and Villasol Realty Co., A Florida corporation | 07/26/16 | Brevard | FL | 2011-CA-032245 |
| 5. | 9661796534003C | Elevated Pressures Powerwashing Inc., J.R. Enterprises of Spring Hill, Inc., and James E. Roy | 02/04/15 | Hernando | FL | 2014-000194-CA-AXMX |
|  | 96617965340002 |  |  |  |  |  |
|  | 96617965340003 |  |  |  |  |  |
| 6. | A958085559500001 | GP Holdings LLC, Hard Flame Food Group, LLC, Edward C. Gossman, Lori Phelps | 03/13/18 | Campbell | KY | 18-CI-00013 |
| 7. | A953122592600006 | Horizon Consulting Incorporated | 05/10/18 | Fairfax | VA | CL-2018-0007245 |
| 8. | 96614327960001 | Ileana C Ferrer | 12/30/19 | Miami-Dade | FL | 2009-093673-CA-01 |
| 9. | 95401064680001 | Lyman Hall, LLC, Jake H. Davis, Jr., and Ellis Arnold Skinner | 05/11/12 | Eastern Judicial Circuit | GA | CV10-1251-FR |

*Brenda Hood    10/6/20*

| #  | Account Number   | Name                                                                                               | Date     | County             | State | Case Number         |
|----|------------------|----------------------------------------------------------------------------------------------------|----------|--------------------|-------|---------------------|
| 10.| 95401063360001   | Mega Hospitality Inc.                                                                              | 08/30/11 | Chatham            | GA    | CV10-1648-KA        |
| 11.| 95215364350001   | Moore Services, LLC., Robert T. Moore, and John C. Moore a/k/a Craig Moore                         | 04/28/11 | Colleton           | SC    | 2009-CP-15-451      |
| 12.| 96611653800001   | Old Saybrook, LLC, Elizabeth Inc, and Peter R. Ludwiszewsi                                         | 01/30/12 | Cumerland          | NC    | 11 CVS 6998         |
| 13.| 96415498590001   | W. K. Brent Broaderip                                                                              | 08/17/16 | Southern District  | AL    | 10-289-KD-C         |
| 14.| 95421024510002   | Samuel Walsh Taylor                                                                                | 02/02/09 | Fullton            | GA    | 08 EV 005574        |
| 15.| 00039410294102   | Snyder's Renshaw Project, LP, Snyder's Renshaw Project, LLC, Richard J. Snyder and Carole B. Snyder| 03/14/14 | Berks              | PA    | 12-26283            |
| 16.| A964150213500001 | Southern Boys Investment Group II LLC, Douglas Johnson A/K/A Douglas D. Johnson, Jr., and John Rocker | 10/19/16 | Okaloosa        | FL    | 2015-CA-001602 C    |
| 17.| 9660079391009C   | Special Touch Construction, Inc., et al.,                                                          | 05/31/16 | Leon               | FL    | 2015 CA 527         |
|    | 96600793910014   |                                                                                                    |          |                    |       |                     |
|    | 96600793910013   |                                                                                                    |          |                    |       |                     |
|    | 96600793910011   |                                                                                                    |          |                    |       |                     |
|    | 96600793910009   |                                                                                                    |          |                    |       |                     |
|    | 96600793910006   |                                                                                                    |          |                    |       |                     |
| 18.| 95416272320001   | Successful Images Inc. and Eddie Drake, individually                                               | 11/01/12 | DeKalb             | GA    | 10A29844-5          |
| 19.| 00039277592775   | Aruna Chhibber and Nitin Balbir Chhivver                                                           |          | York               | PA    | 2012-NO-005070-30   |
|    |                  | Swagat Hospitality Inc                                                                             | 08/23/12 | York               | PA    | 2012-NO-005071-30   |

*Brenda Wood 10/6/20*

| | | | | | | |
|---|---|---|---|---|---|---|
| 20. | 9641461579001C | The Sportzmax, Inc.; J. Lynda Seymour; Donna A. Seymour; Laura McLaughlin f/k/a Laura Luckow; unknown Tenant 1 and unknown tenant 2, | 11/12/13 | Walton | FL | 2011-CA-771 |
| | 96414615790001 | | | | | |
| | | | | | | |
| 21. | 9631347263002C | Townsend, LLC and E. William Henry | 10/12/11 | Blount | TN | 10-009 |
| | 96313472630002 | | | | | |
| | 96313472630004 | | | | | |

*Brenda Hood  10/6/20*